| | |
|---|---|
| 1 | MARK G. BONINO (SBN 70215) |
| | mbonino@hayesscott.com |
| 2 | MARIA S. QUINTERO (SBN 223629) |
| | mquintero@hayesscott.com |
| 3 | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |
| | 203 Redwood Shores Pkwy., Ste. 480 |
| 4 | Redwood City, California  94065 |
| | Telephone:  650.637.9100 |
| 5 | Facsimile:  650.637.8071 |
| 6 | Attorneys for Defendant |
| 7 | LEXINGTON INSURANCE COMPANY |
| 8 | ANDREW W. SORENSEN (SBN 078266) |
| | asorensen@lawecs.com |
| 9 | RYAN LIBKE (SBN 193742) |
| | rlibke@lawecs.com |
| 10 | EMERSON, COREY, SORENSEN, CHURCH & LIBKE |
| 11 | 2520 West Shaw Lane, Suite 102 |
| | Fresno, California 93711 |
| 12 | Telephone:  559.432.7641 |
| | Facsimile: 559.432.7639 |
| 13 | Attorneys for Plaintiff |
| 14 | VIRGINIA SURETY COMPANY, INC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA SURETY CO., | CASE NO. 3:10-cv-02751-SI |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO RESET THE FURTHER CASE MANAGEMENT CONFERENCE OF JULY 1, 2011 TO JULY 29, 2011 |
| LEXINGTON INSURANCE CO., | |
| Defendants. | Honorable Susan Illston |
| | Further CMC Date: July 1, 2011 |
| | CMC Time:  3:00 p.m. |
| | Courtroom:  10 |

325466

-1-

**[Proposed] Order to Reset The July 1, 2011 Further Case Management Conference**
**CASE NO. 3:10-cv-02751-SI**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      Pursuant to Stipulation, the further Case Management Conference set for July 1, 2011 is hereby re-set to July 29, 2011.

DATE:  6/29/11

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE