ANDREW W. SORENSEN (SBN 78266)
EMERSON, COREY, SORENSEN, CHURCH & LIBKE
2520 West Shaw Lane, Suite 102
Fresno, California 93711
Telephone: 559.432.7641
Facsimile: 559.432.7639

Attorneys for Plaintiff
VIRGINIA SURETY COMPANY

MARK G. BONINO (SBN 70215)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VIRGINIA SURETY COMPANY, INC., | CIVIL ACTION NO. 3:10-02751 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| LEXINGTON INSURANCE COMPANY, and DOES 1-20, inclusive, | Date: September 22, 2011<br>Time: 9:00 a.m.<br>Ctrm.: D, 15th Flr.<br>Judge: Bernard Zimmerman |
| Defendants. | |

Defendant Lexington Insurance Company ("Lexington") and plaintiff Virginia Surety Company, Inc. hereby stipulate to the following:

### I.
### STIPULATION

1. The parties hereby stipulate to continue the currently scheduled settlement conference from September 22, 2011 to a date between October 5, 2011 and the October 14, 2011 deadline to complete the settlement conference. Counsel are not available on October 13,

1  2011.

2  2. The parties understand that Judge Zimmerman is not available to reschedule the

3  settlement conference before October 14, 2011. Accordingly, the parties hereby stipulate and

4  request that the Court reassign this matter to a different Magistrate Judge who is available between

5  October 5, 2011 and October 14, 2011.

Dated: September 15, 2011     EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By: /S/ Andrew W. Sorensen
    ANDREW W. SORENSEN
    Attorneys for Plaintiff
    VIRGINIA SURETY COMPANY, INC.

Dated: September 15, 2011     HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: /S/ Stephen P. Ellingson
    MARK G. BONINO
    STEPHEN P. ELLINGSON
    Attorneys for Defendant
    LEXINGTON INSURANCE COMPANY

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, the settlement conference is hereby continued to October ___, 2011.

Dated: ___9/20___, 2011

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE