ANDREW W. SORENSEN (SBN 78266)
EMERSON, COREY, SORENSEN, CHURCH & LIBKE
2520 West Shaw Lane, Suite 102
Fresno, California 93711
Telephone: 559.432.7641
Facsimile: 559.432.7639

Attorneys for Plaintiff
VIRGINIA SURETY COMPANY

MARK G. BONINO (SBN 70215)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VIRGINIA SURETY COMPANY, INC., | CIVIL ACTION NO. 3:10-02751 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| LEXINGTON INSURANCE COMPANY, and DOES 1-20, inclusive, | Date: September 22, 2011<br>Time: 9:00 a.m.<br>Ctrm.: D, 15th Flr.<br>Judge: Bernard Zimmerman |
| Defendants. | |

Defendant Lexington Insurance Company ("Lexington") and plaintiff Virginia Surety Company, Inc. hereby stipulate to the following:

**I.
STIPULATION**

1. The parties hereby stipulate to continue the currently scheduled settlement conference from September 22, 2011 to a date between October 5, 2011 and the October 14, 2011 deadline to complete the settlement conference. Counsel are not available on October 13,

340842
- 1 -

2011.

2. The parties understand that Judge Zimmerman is not available to reschedule the settlement conference before October 14, 2011. Accordingly, the parties hereby stipulate and request that the Court reassign this matter to a different Magistrate Judge who is available between October 5, 2011 and October 14, 2011.

Dated: September 15, 2011       EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By: /S/ Andrew W. Sorensen
    ANDREW W. SORENSEN
    Attorneys for Plaintiff
    VIRGINIA SURETY COMPANY, INC.

Dated: September 15, 2011       HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: /S/ Stephen P. Ellingson
    MARK G. BONINO
    STEPHEN P. ELLINGSON
    Attorneys for Defendant
    LEXINGTON INSURANCE COMPANY

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, the settlement conference is hereby continued to October ___, 2011.

Dated: ___9/20___, 2011

*[signature]*
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE