MARK G. BONINO (SBN 70215)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VIRGINIA SURETY COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 3:10-02751 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DISCOVERY DEADLINE TO OCTOBER 11, 2011 FOR ONE RESCHEDULED DEPOSITION |
|---|---|

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties are also in the process of discussing settlement and have a settlement conference scheduled for October 5, 2011 before Magistrate Judge Cousins.

2. Despite the parties' diligent efforts and cooperation to complete the depositions of fact witnesses by September 30, 2011, the parties were unable to complete the deposition of James Dunham due to schedule conflicts. The parties have proceed with his deposition on October 10, 2011.

342969                                    -1-

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY DEADLINE TO OCTOBER 11, 2011 FOR ONE
RESCHEDULED DEPOSITION - CASE NO. 3:10-02751 SI

3. The parties do not seek to continue any deadlines other than the deadline for completion of fact discovery, and only for the deposition of Mr. Dunham. The parties do not seek to continue the trial date or the pretrial conference date.

Accordingly, the parties hereby stipulate to revising the Court's Scheduling Order (Dkt 20) as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the court's Scheduling Order:

1. Completion of fact discovery          October 11, 2011
         (currently September 30, 2011)

The remaining deadlines and other dates set forth in the Court's Scheduling Order (Dkt 20) remain unchanged.

Dated: September 23, 2011      EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By:      //S//
     ANDREW W. SORENSEN
     Attorneys for Plaintiff
     VIRGINIA SURETY COMPANY, INC.

Dated: September 23, 2011      HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By:      //S//
     MARK G. BONINO
     STEPHEN P. ELLINGSON
     Attorneys for Defendant
     LEXINGTON INSURANCE COMPANY

342969 -2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY DEADLINE TO OCTOBER 11, 2011 FOR ONE RESCHEDULED DEPOSITION - CASE NO. 3:10-02751 SI

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, the fact discovery cut-off date is continued as follows: |

1. Completion of fact discovery          October 11, 2011
(currently September 30, 2011)

The remaining deadlines and other dates set forth in the Court's previous Scheduling Order (Dkt 20), as revised by previous orders of this Court, remain unchanged.

Dated: ___9/27___, 2011

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

342969      - 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY DEADLINE TO OCTOBER 11, 2011 FOR ONE RESCHEDULED DEPOSITION - CASE NO. 3:10-02751 SI